UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19CR464 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| LONNIE JORDAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Defendant Lonnie Jordan's motion for a pre-plea presentence report.  The motion is DENIED.

On February 4, 2013, this Court adopted Administrative Order 2013-3 which provides that "Judges should order Criminal History Category Only Presentence Reports **sparingly** (e.g. where the defendant may be a career defendant or an armed career criminal) and the U.S. Attorney's Office, Federal Public Defender, and defense bar should be notified of this change in direction." (emphasis added).   This policy was in adopted in part to "streamline the work of the substantially reduced personnel" in our pretrial and probation department.   On February 5, 2018, this District updated its policy to note that "requests for Criminal History Calculation Reports will not be

granted absent exceptional circumstances." General Order 2018-2.

Jordan's motion provides minimal argument in support of his request. Jordan merely asserts that the motion "granting him an early determination of his Criminal History category and/or Career Offender status" will aid in potential resolution of this matter. Jordan offers no additional details, nor is there any argument within the motion detailing why he may be subject to a career offender enhancement. Accordingly, exceptional circumstances have not been shown, and the motion is DENIED.

IT IS SO ORDERED.

| December 30, 2019 | /s/ John R. Adams |
|---|---|
| Date | Judge John R. Adams |
| | United States District Court |